**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERONICA LEA ANN CAMPA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 1:14-cv-01919- JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 13) |

On July 7, 2015, the parties stipulated for Plaintiff to have an extension of time to file a response her opening brief. (Doc. 13.) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5-1 at 4), and this is the first extension requested. Thus, an extension of thirty days is appropriate. Accordingly, **IT IS HEREBY ORDERED**:

　　1.　　The extension of time is **GRANTED**;

　　2.　　Plaintiff **SHALL** file an opening brief on or before **August 3, 2015**.

IT IS SO ORDERED.

Dated: __**July 8, 2015**__　　　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE