## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA LEA ANN CAMPA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:14-cv-01919 - JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S OPENING BRIEF<br><br>(Doc. 16) |

The parties stipulated for Plaintiff to have an extension of thirty days to file her opening brief. (Doc. 13) The Court ordered Plaintiff file her opening brief no later than August 3, 2015. (Doc. 14) Plaintiff filed an opening brief on July 13, 2015, and twenty-two days remained for the filing. (Doc. 15) Here, Defendant requests the remainder of the extension "be applied to the Commissioner's response," based upon the prior stipulation of the parties. (Docs. 13, 16) Because the Scheduling Order permits an extension of thirty days, the request is appropriate. Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's request for an extension of time is **GRANTED nunc pro tunc**;
2. Defendant SHALL file a response to the opening brief no later than **September 3, 2015**.

IT IS SO ORDERED.

　　Dated:　**August 27, 2015**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE